# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| LILA DEAN ANDERSON, | )<br>) |
| Plaintiff, | )<br>) No. 16 cv 4025 EJM |
| vs. | )<br>) ORDER |
| CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

Before the court is defendant's unresisted motion, filed July 22, 2016, to reverse the decision of the Administrative Law Judge (ALJ) and remand this action for further investigation pursuant to Sentence Four of Section 205(g) of the Social Security Act, 42 U.S.C. section 405(g). Granted.

Plaintiff consents to the remand. The court finds that reversal and remand is appropriate under the circumstances. Gonzales v. Thomas, 547 U.S. 183, 185-87 (2006)("the proper course, except in rare circumstances, is to remand to the agency for additional investigation or explanation.")

ORDERED

Reversed and remanded to Defendant for further investigation and proceedings pursuant to Sentence Four of Section 205(g), 42 U.S.C. § 405(g).

August 5, 2016

Edward J. McManus, Judge
UNITED STATES DISTRICT COURT